IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Trend Micro, Inc. | § | |
|     Plaintiff | § § § | |
| v. | § § | NO. 3:22-cv-518 |
| Taasera Licensing LLC, | § § | **JURY TRIAL DEMANDED** |
|     Defendant. | § § § § § | |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.3(b)(2), Plaintiff Trend Micro, Inc. ("Trend Micro") identifies the following related case in the Northern District of Texas pending before the Honorable Ada Brown, which was voluntarily dismissed without prejudice under Fed. R. Civ. P. 41(a)(1) concurrently with the filing of this action:

*Trend Micro Incorporated et al v. Taasera Licensing LLC*, Civil Action No. 3:22-cv-00477-E

Pursuant to Local Rule 3.3(b)(3), Trend Micro also identifies the following related case pending in the Eastern District of Texas:

*Taasera Licensing LLC v. Trend Micro Incorporated*, No. 2:21-cv-00441-JRG

- 2 -

| | |
|---|---|
| Dated:  March 4, 2022 | PAUL HASTINGS LLP |
| | |
| | /s/ Yar R. Chaikovsky<br>Yar R. Chaikovsky (admitted)<br>Philip Ou (pro hac vice)<br>Bruce S. Yen (pro hac vice)<br>Alexander H. Lee (pro hac vice)<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106<br>Telephone: 650.320.1800<br>Facsimile: 650.320.1900<br>Email: yarchaikovsky@paulhastings.com<br>Email: philipou@paulhastings.com<br>Email: bruceyen@paulhastings.com<br>Email: alexanderlee@paulhastings.com<br><br>E. Leon Carter, Bar No. 03914300<br>Scott W. Breedlove, Bar No. 00790361<br>Nathan Cox, Bar No. 24105751<br>Carter Arnett PLLC<br>Campbell Centre II<br>8150 N. Central Expressway, Suite 500<br>Dallas, TX 75206<br>Telephone: 214.550.8188<br>Facsimile: 214.550.8185<br>Email: lcarter@carterarnett.com<br>Email: sbreedlove@carterarnett.com<br>Email: ncox@carterarnett.com<br><br>Attorneys for Plaintiff,<br>Trend Micro, Inc. |