IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TREND MICRO, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:22-cv-518-N |
| TAASERA LICENSING LLC, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
DEFENDANT'S ANSWER DEADLINE**

Plaintiff Trend Micro, Inc. ("Trend Micro" or "Plaintiff") hereby submits this first unopposed motion for an extension of time to answer or otherwise respond to the complaint on behalf of Defendant Taasera Licensing LLC ("Taasera" or "Defendant"). Taasera's response to the complaint is currently due on March 31, 2022. Trend Micro has agreed to extend the deadline for Defendant to respond by fourteen (14) days up to and including April 14, 2022. This is the first request for extension. The reason for this requested extension is to allow Defendant time to locate and obtain local counsel. All parties agree to this requested extension. No party will be prejudiced by this brief extension.

WHEREFORE, Plaintiff respectfully moves this Court for an order extending the period for Defendant to respond to the complaint up to and including April 14, 2022.

Dated: March 29, 2022                    Respectfully submitted,

                                        /s/ Nathan Cox
                                        E. Leon Carter
                                        Texas State Bar No. 03914300
                                        lcarter@carterarnett.com
                                        Scott W. Breedlove
                                        Texas Bar No. 00790361
                                        sbreedlove@carterarnett.com
                                        Nathan Cox
                                        Texas Bar No. 24105751
                                        ncox@carterarnett.com

                                        **CARTER ARNETT PLLC**
                                        8150 N. Central Expressway, Suite 500
                                        Dallas, TX 75206
                                        Telephone (214) 550-8162
                                        Fax: (214) 550-8581

                                        **COUNSEL FOR PLAINTIFF**
                                        **TREND MICRO, INC.**

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 28, 2022, the parties conferred regarding the present motion. The parties agree to extend the deadline for Defendant to respond to the complaint up to and including April 14, 2022. This motion to extend time is unopposed.


                                        /s/ Nathan Cox
                                        Nathan Cox

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the Northern District of Texas CM/ECF System for filing and service on all counsel of record on this 29th day of March, 2022. All other counsel of record have received a copy of this document via email on this 29th day of March, 2022.

*/s/ Nathan Cox*
Nathan Cox